AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Yakult U.S.A. Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-1826 (PKC) |
| R. R. Importaciones Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Yakult U.S.A. Inc.   .

Date:   04/13/2022

S/ Matthew Digby
*Attorney's signature*

Matthew Digby, Bar No. 1632306
*Printed name and bar number*

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
*Address*

adam.fox@squirepb.com
*E-mail address*

(212) 872-9800
*Telephone number*

(212) 872-9815
*FAX number*