UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Yakult U.S.A. Inc.

        **Plaintiff(s),**

- against -

R. R. Importaciones Inc.

        **Defendant(s),**

------------------------------------------------------------X

<u>  22  </u> Civ. <u>  1826  </u> ( PKC )

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on <u>March 3, 2022</u> with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) <u>R. R. Importaciones Inc.</u> by personally serving <u>Maria Suarez on March 7, 2022</u>, and proof of service was therefore filed on <u>March 17, 2022</u>, Doc. #(s) <u>9</u>.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

        _____, 20___

        RUBY J. KRAJICK
        Clerk of Court

        By: _____
        Deputy Clerk