Squire Patton Boggs (US) LLP
Adam R. Fox, Bar No. 5082151
adam.fox@squirepb.com
Matthew Digby, Bar No. 1632306
matthew.digby@squirepb.com
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
Telephone: 212 872 9800
Facsimile:  212 872 9815

Attorneys for Plaintiff
YAKULT U.S.A. INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yakult U.S.A. Inc.,<br><br>        Plaintiff,<br><br>  v.<br><br>R. R. Importaciones Inc.,<br><br>        Defendant. | Case No. 1:22-cv-01826 (PKC)<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.1, Plaintiff Yakult U.S.A. Inc. requests a Clerk's Certificate of Entry of Default. Within an accompanying affidavit, the undersigned affirms that Defendant R. R. Importaciones Inc., against whom judgment is sought:

1. is not an infant or incompetent person;

2. is not in the military service;

3. was properly served under Fed. R. Civ. P. 4 and the proof of service was filed with the Court; and

4. has defaulted in appearance in the above captioned action.

Dated: New York, NY
April 13, 2022

By: _____
Adam R. Fox, Bar No. 5082151
Matthew Digby, Bar No. 1632306
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor.
New York, NY 10036
Telephone: 212 872 9800
Facsimile:  212 872 9815

Attorneys for Plaintiff
YAKULT U.S.A. INC.