UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Yakult U.S.A. Inc.

       **Plaintiff(s),**

     **- against -**

R. R. Importaciones Inc.

       **Defendant(s),**
------------------------------------------------------------X

   22 Civ. 1826 ( PKC )

**CLERK'S CERTIFICATE OF DEFAULT**

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 3, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) R. R. Importaciones Inc. by personally serving Maria Suarez on March 7, 2022, and proof of service was therefore filed on March 17, 2022, Doc. #(s) 9.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

   April 13, 20 22

            **RUBY J. KRAJICK**
            Clerk of Court

          **By:** _____
            **Deputy Clerk**