UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YAKULT U.S.A. INC.,

                Plaintiff,                22-cv-1826 (PKC)

    -against-                      ORDER

R.R. IMPORTACIONES INC,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of the plaintiff's April 21, 2022 letter (Doc 16) and the Clerk's Certificate of Default, issued on April 13, 2022 (Doc 15), the initial pre-trial conference in the matter is adjourned to July 8, 2022 at 11:30am. Dial-in: (888) 363-4749; Access Code: 3667981. Plaintiff shall file its motion for default judgment by May 19, 2022.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 28, 2022