| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number & Address):<br>Squire Patton Boggs (US) LLP<br>Adam R. Fox, Bar No. 5082151<br>adam.fox@squirepb.com<br>Matthew Digby, Bar No. 1632306<br>matthew.digby@squirepb.com<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10036<br>Telephone: 212 872 9800<br>Facsimile: 212 872 9815<br><br>ATTORNEY FOR (Name): Plaintiff, Yakult U.S.A. Inc. | TELEPHONE NO.:<br><br>TRACKING NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT & DISTRICT/BRANCH, IF ANY:<br>United States District Court Sothern District of New York | | |
| SHORT TITLE OF CASE:<br>Yakult U.S.A. Inc. v. R.R. Importaciones Inc. | | |

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>1:22-cv-01826 (PKC) |
|---|---|---|---|---|

1. I served the:

   a. List documents: **Notice of Plaintiff's Motion for Default Judgment; Memorandum of Law in Support of Plaintiff's Motion for Default Judgment; Declaration of Adam R. Fox in Support of Plaintiff's Motion for Default Judgment; Exhibits 1-4; Request for Judicial Notice in Support of Plaintiff's Motion for Default Judgment; Exhibits A-C; Proposed Default Judgment**

   b. on *(name)*: R.R Importaciones Inc.

   c. by serving:

   d. by delivery:  ☐ TO RESIDENCE    ☐ TO BUSINESS    ☐ OTHER (         )
      1. date:
      2. time:
      3. address:

   e. ☒ by mailing
      1. date: **05/19/2022**
      2. address: 141 3rd St
         Passaic, NJ 07055

2. Manner of service:  a. Personal _____    b. By depositing in the mail in the city of ___Los Angeles___

3. At the time of service I was at least 18 years old and not a party to the action.

4. Server's information:
   Bree Weathers
   BFRM LEGAL SUPPORT SERVICES
   633 W. Fifth Street, 28th Floor
   Los Angeles, CA 90071
   Tel: (213) 291-8383

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on:

Date:   05/19/2022                           Signature_____*Bree Weathers*_____