UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

YAKULT U.S.A. INC.,

                      Plaintiff,

    -against-                              22-cv-1826 (PKC)

                                ORDER

R.R. IMPORTACIONES INC.,

                      Defendant.

-------------------------------------------------------------x

CASTEL, U.S.D.J.

The Initial Pre-Trial Conference in the matter currently scheduled for July 8, 2022 is VACATED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
          July 6, 2022